FILED
JUL - 2 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>RICARDO LANDIN PADILLA,<br><br>　　　　　　　　Defendant. | Case No.: 14-CR-1689-CAB<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

　　　Upon motion of the United States of America and good cause appearing,

　　　IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

　　　IT IS SO ORDERED.

DATED: July __2__, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE CATHY A. BENCIVENGO
　　　　　　　　　　　　　　　　United States District Judge